JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUMBERTO FABIAN PEREZ,<br>Petitioner,<br>v.<br>DANIEL PARAMO, *Warden*,<br>Respondent. | Case No. LA CV 16-9564 SJO (JCG)<br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: February 9, 2017

HON. S. JAMES OTERO
UNITED STATES DISTRICT JUDGE